# SYLLABI
## Cases Decided by Supreme Court

### No. 442

No. 20323—Elbert B. Alston, Assignee, v. American Mortgage Co. Error to the Court of Appeals of Butler county.

331. CORPORATIONS—Usury—1. Loan by corporation with execution of note secured by mortgage upon its property, said note providing to pay interest at rate not exceeding that authorized by 8303 GC; but includes in principal a sum to be paid in excess of the actual loan, such corporate borrower cannot make defense of usury under 8705 GC. as amended.

2. Assignee of such corporation for benefit of creditors, likewise precluded from making such defense.

MARSHALL, C. J.
1. Where an Ohio corporation borrows money in an amount not in excess of the amount it is authorized to borrow by Section 8705, General Code, and executes a note or bond therefor and secures its payment by a mortgage upon its property and such note or bond matures one year or more after the date thereof, and in such note or bond agrees to pay interest at a rate not in excess of that authorized by Section 8303, General Code, but includes in the principal sum agreed to be paid a sum in excess of the amount actually loaned, which excess, if repaid would constitute a greater charge for the use of the money than is authorized by Section 8303, General Code, such corporate borrower is precluded from making a defense of usury by virtue of the provisions of Section 8705, General Code, as amended August 14, 1921.

2. Such defense not being available to such corporate borrower, an assignee of such corporation for the benefit of creditors is likewise precluded from making such defense.

Judgment affirmed.

Day, Allen, Kinkade, Jones and Matthias, JJ., concur.

### No. 443

No. 20303—Simon H. Brenner, et al. v. Wilton M. Spiegle. Error to the Court of Appeals of Wayne County.

708. LEASES—27 Actions—305 Conveyances—1105 Statue of Frauds—A lease of real estate is a conveyance of an estate in land and constitutes a sale of an interest in real estate.

1105. STATUTE OF FAUDS—708 Leases

257 Commissions.—Under 8621 GC. no action shall be brought whereby to charge the defendant upon an agreement to pay a commission for securing a tenant under a lease for years of real estate unless such agreement is in writing and signed by the party to be charged.

ALLEN, J.
1. A lease of real estate is a conveyance by the owner of an estate in land of a portion of the owner's interest therein to the lessee for a term than the owner's own, and it passes a present interest in the land. Such a conveyance for a consideration constitutes a sale of an interest in real estate.

2. Under Section 8621, General Code, no action shall be brought whereby to charge the defendant upon an agreement, promise or contract to pay a commission for securing a tenant under a lease for years of real estate unless the agreement upon which such action is brought or some memorandum or note thereof is in writing and signed by the party to be charged therewith, or some other person thereunto by him or her lawfully authorized.

Judgment of the court of appeals reversed and that of the court of common pleas affirmed.

Marshall, C. J., Day, Kinkade and Robinson, JJ., concur.